1   MELINDA HAAG (CABN 132612)
    United States Attorney

2
    MIRANDA KANE (CABN 150630)
3   Chief, Criminal Division

4   AARON D. WEGNER (CABN 243809)
    Assistant United States Attorney

5
        450 Golden Gate Ave., Box 36055
6       San Francisco, California 94102
        Telephone:  (415) 436-7200
7       Fax: (415) 436-7234
        E-Mail: aaron.wegner@usdoj.gov

8
    Attorneys for the United States

9

10                      UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,          )    No. CR 12-00076-EMC
                                        )
14          Plaintiff,                  )    [PROPOSED] ORDER AND
                                        )    STIPULATION EXCLUDING TIME
15   v.                                 )    FROM FEBRUARY 22, 2012, TO APRIL
                                        )    4, 2012, FROM THE SPEEDY TRIAL ACT
16   DELFINO MORA-RIVERA,               )    CALCULATION (18 U.S.C.
                                        )    § 3161(h)(7)(A))
17          Defendant.                  )
                                        )
18

19          On February 22, 2012, the parties appeared before the Court for a status conference.  At

20   the status conference, defense counsel requested additional time to review discovery in the case.

21   The Court set the matter for a status conference on April 4, 2012.

22          With the agreement of the parties, and with the consent of the defendant, the Court enters

23   this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161,

24   from February 22, 2012, through April 4, 2012.

25          The parties agree, and the Court finds and holds, as follows:

26          1.  The defendant agrees to an exclusion of time under the Speedy Trial Act from

27   February 22, 2012, through April 4, 2012, based upon the need for effective preparation of

28   counsel and to provide the defendant an opportunity to continue discovery review.  The

1  defendant agrees to this exclusion on the condition that his right to bring motions claiming

2  Speedy Trial Act violations prior to February 22, 2012, shall remain preserved.

3      2.  Counsel for the defense believes that the exclusion of time is in his client's best

4  interest.

5      3.  Given these circumstances, the Court finds that the ends of justice served by excluding

6  the period from February 22, 2012, through April 4, 2012, outweigh the best interest of the

7  public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

8      4.  Accordingly, and with the consent of the defendant, the Court orders that the period

9  from February 22, 2012, through April 4, 2012, shall be excluded from Speedy Trial Act

10 calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

11

12 IT IS SO STIPULATED:

13

14 DATED: February 23, 2012            _____/s_____
                                     ARTURO HERNANDEZ
15                                   Attorney for Defendant

16

17 DATED:  February 23, 2012          _____/s_____
                                     AARON D. WEGNER
18                                   Assistant United States Attorney

19

20 IT IS SO ORDERED.

21          2/28/12
   DATED:_____            _____

22                                   HON.
                                     United S

23

24

25

26

27

28



2