MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 12-00076-EMC |
| ) | |
| Plaintiff, ) | [PRO~~POS~~ED] ORDER AND STIPULATION EXCLUDING TIME FROM APRIL 4, 2012, TO MAY 9, 2012, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A)) |
| ) | |
| v. ) | |
| ) | |
| DELFINO RIVERA-MORA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On April 4, 2012, the parties appeared before the Court for a status conference. At the status conference, defense counsel requested additional time to review discovery in the case. The Court set the matter for a status conference on May 9, 2012.

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from April 4, 2012, through May 9, 2012.

The parties agree, and the Court finds and holds, as follows:

1. The defendant agrees to an exclusion of time under the Speedy Trial Act from April 4, 2012, through May 9, 2012, based upon the need for effective preparation of counsel and to provide the defendant an opportunity to continue discovery review. The defendant agrees to

this exclusion on the condition that his right to bring motions claiming Speedy Trial Act violations prior to April 4, 2012, shall remain preserved.

2. Counsel for the defense believes that the exclusion of time is in his client's best interest.

3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from April 4, 2012, through May 9, 2012, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. Accordingly, and with the consent of the defendant, the Court orders that the period from April 4, 2012, through May 9, 2012, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: April 30, 2012  _____/s_____
ARTURO HERNANDEZ
Attorney for Defendant

DATED: April 30, 2012  _____/s_____
AARON D. WEGNER
Assistant United States Attorney

IT IS SO ORDERED.

DATED: May 1, 2012  _____
HON. EDWARD M. CHEN
United States District

